# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

| | | | |
|---|---|---|---|
| **Debtor:** | CHRISTINA M LOVETT | | |
| **Case Number:** | 2:09-bk-12494-GBN | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 23, 2009 11:00 AM   7TH FLOOR #702 | | |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN | | |
| **Courtroom Clerk:** | JAN HERNANDEZ | | |
| **Reporter / ECR:** | JO-ANN STAWARSKI | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY B.A.C. HOME LOAN SERVICING/COUNTRYWIDE HOME LOANS.

**R / M #:**   15 / 0

## *Appearances:*

NONE

## *Proceedings:*

THE COURT STATES THAT NO APPEARANCE INDICATES THAT THE MATTER IS RESOLVED.  THE HEARING IS VACATED.

* SUBSEQUENTLY *

Sherry, from Tiffany & Bosco (602)288-7991, left a message while in court this morning that they wanted a thirty (30) day continuance.